IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 08-29 |
| ) | |
| BRIAN KEITH TINSLEY, II, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count 1

On or about November 13, 2007, in the District of Delaware, Brian Keith Tinsley, II, the defendant, knowingly did possess a firearm, that is, a 12 gauge, pistol grip shotgun, manufactured by Mossberg, serial no. R748852, which had been transported in interstate commerce, having been convicted on or about March 15, 2007, in Superior Court for Cape May County, New Jersey, of an offense punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL;

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 2-26-08