UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 08-29-GMS |
| | ) |
| BRIAN KEITH TINSLEY, | ) |
| | ) |
| Defendant. | ) |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **MARCH 6TH, 2008** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until April 5, 2008 The time between the date of this order and April 5, 2008 shall be excludable under the Speedy Trial Act ( 18 U.S.C. 3161 et, seq.).

_____
Honorable Leonard P. Stark
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney