AO 442   (Rev 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

BRIAN KEITH TINSLEY, II,

**WARRANT FOR ARREST**

Case Number: 08-29-UNA GMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **BRIAN KEITH TINSLEY, II**
                                                                                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

**FELON IN POSSESSION OF A FIREARM**

in violation of Title    18    United States Code, Section(s)    922(g)(1) and 924(a)(2)

PETER T. DALLEO
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

_[signature]_ – Deputy Clerk
Signature of Issuing Officer

2/26/2008    at WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St Wilm DE

DATE RECEIVED: 2/26/08
DATE OF ARREST: 03/03/08

NAME AND TITLE OF ARRESTING OFFICER: William Druid, DUSM

SIGNATURE OF ARRESTING OFFICER: _[signature]_